Exhibit A
Carter Account Ledger

| Date | Description | Increase | Decrease | Balance |
|---|---|---|---|---|
| 01/28/15 | Loan to Billy Carter | $50,000.00 | | $50,000.00 |
| 01/28/15 | Loan Wire Fee | $30.00 | | $50,030.00 |
| 03/02/15 | Loan to Billy Carter | $30,000.00 | | $80,030.00 |
| 03/02/15 | Loan Wire Fee | $30.00 | | $80,060.00 |
| 05/01/15 | Loan to Billy Carter | $5,000.00 | | $85,060.00 |
| 05/01/15 | Loan Wire Fee | $30.00 | | $85,090.00 |
| 06/01/15 | Loan to Billy Carter | $5,000.00 | | $90,090.00 |
| 06/01/15 | Loan Wire Fee | $30.00 | | $90,120.00 |
| 06/01/15 | Loan to Billy Carter | $5,000.00 | | $95,120.00 |
| 6/23/2015 | Loan to Billy Carter | $2,000 | | $97,120.00 |
| 6/26/2015 | Loan to Billy Carter | $1,000 | | $98,120.00 |
| 07/15/15 | Loan to Billy Carter | $10,000.00 | | $108,120.00 |
| 8/17/15 | Loan to Billy Carter | $1,728.75 | | $109,848.75 |
| 08/28/15 | Loan to Billy Carter | $10,000.00 | | $119,848.75 |
| 10/13/15 | Loan to Billy Carter | $5,000.00 | | $124,848.75 |
| 11/20/15 | Loan to Billy Carter | $600.00 | | $125,448.75 |
| 11/23/15 | Loan to Billy Carter | $5,000.00 | | $130,448.75 |
| 12/11/15 | Loan to Billy Carter | $5,000.00 | | $135,448.75 |
| 01/08/16 | Loan to Billy Carter | $3,000.00 | | $138,448.75 |
| 01/26/16 | Loan to Billy Carter | $1,000.00 | | $139,448.75 |
| 02/05/16 | Loan to Billy Carter | $6,000.00 | | $145,448.75 |
| 06/08/16 | Loan to Billy Carter | $500.00 | | $145,948.75 |
| 06/08/16 | Loan to Billy Carter | $7,012.19 | | $152,960.94 |
| 06/29/16 | Loan to Billy Carter | $1,000.00 | | $153,960.94 |
| 07/01/16 | Loan to Billy Carter | $1,000.00 | | $154,960.94 |
| 07/06/16 | Loan to Billy Carter | $4,000.00 | | $158,960.94 |
| 07/14/16 | Loan to Billy Carter | $4,000.00 | | $162,960.94 |
| 07/25/16 | Loan to Billy Carter | $427.00 | | $163,387.94 |

| Date | Description | Increase | Decrease | Balance |
|---|---|---|---|---|
| 07/28/16 | Loan to Billy Carter | $4,500.00 | | $167,887.94 |
| 08/10/16 | Loan to Billy Carter | $4,000.00 | | $171,887.94 |
| 08/12/16 | Loan to Billy Carter | $4,000.00 | | $175,887.94 |
| 09/09/16 | Loan to Billy Carter | $4,000.00 | | $179,887.94 |
| 09/25/16 | Loan to Billy Carter | $1,500.00 | | $181,387.94 |
| 09/26/16 | Loan to Billy Carter | $1,500.00 | | $182,887.94 |
| 09/26/16 | Loan to Billy Carter | $1,000.00 | | $183,887.94 |
| 09/26/16 | Loan to Billy Carter | $4,000.00 | | $187,887.94 |
| 10/07/16 | Loan to Billy Carter | $2,000.00 | | $189,887.94 |
| 10/14/16 | Loan to Billy Carter | $4,000.00 | | $193,887.94 |
| 10/27/16 | Loan to Billy Carter | $1,365.00 | | $195,252.94 |
| 10/28/16 | Loan to Billy Carter | $5,000.00 | | $200,252.94 |
| 11/03/16 | Loan to Billy Carter | $55,000.00 | | $255,252.94 |
| 12/12/16 | Loan to Billy Carter | $4,000.00 | | $259,252.94 |
| 02/28/17 | Loan to Billy Carter | $1,000.00 | | $260,252.94 |
| 03/01/17 | Loan to Billy Carter | $1,000.00 | | $261,252.94 |
| 04/11/17 | Loan to Billy Carter | $3,000.00 | | $264,252.94 |
| 05/03/17 | Loan to Billy Carter | $5,000.00 | | $269,252.94 |
| 05/31/17 | Loan to Billy Carter | $100.00 | | $269,352.94 |
| 06/05/17 | Loan to Billy Carter | $3,000.00 | | $272,352.94 |
| 08/07/17 | Loan to Billy Carter | $5,000.00 | | $277,352.94 |
| 02/26/18 | Loan to Billy Carter | $5,000.00 | | $282,352.94 |
| 03/09/18 | Loan to Billy Carter | $300.00 | | $282,652.94 |
| 06/26/18 | Loan to Billy Carter | $1,000.00 | | $283,652.94 |
| 10/04/19 | Loan to Billy Carter | $5,000.00 | | $288,652.94 |
| 11/21/19 | Payment from Billy Carter | | $5,000.00 | $283,652.94 |
| 04/21/20 | Payment from Billy Carter | | $100.00 | $283,552.94 |
| 04/21/20 | Payment from Billy Carter | | $100.00 | $283,452.94 |