# VERIFICATION OF DEIRDRE LEANE

The undersigned Deirdre Leane, being first duly sworn, deposes and says that she is the Plaintiff in the foregoing matter, that she has read the foregoing Verified Complaint, and that the facts alleged therein are true of her own knowledge, except as to the matters stated upon information and belief, and as to those matters she believes them to be true.

In addition, she further deposes and says that she has personal knowledge of the transactions entered into between the parties, and that the account ledger attached as Exhibit A is a true and accurate statement of the referenced account.

This the __17__ day of __June__, 2021.

_____
Deirdre Leane

STATE OF __TEXAS__
CITY / COUNTY OF __DALLAS__

Sworn to and subscribed before me,
this the __17th__ day of __June__, 2021.

[SEAL]

_____
Notary Public

My Commission Expires: __8-8-2022__

[Notary Seal: LAURA VAZQUEZ, NOTARY PUBLIC, STATE OF TEXAS, NOTARY ID 12832023-5, MY COMM. EXP. 08-08-2022]