# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION

DR. DEIRDRA LEANE,

        **Plaintiff,**

  v.

WILLIAM RALPH CARTER, JR.,

        **Defendant.**

**Civil Action No. 1:21 – CV – 00514**

## DEFENDANT'S MOTION TO DISMISS

**NOW COMES** Defendant William R. Carter, Jr., by and through his undersigned counsel, pursuant to Rules 12(b)(1), 12(h)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves the Court to dismiss Plaintiff's Verified Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. Defendant respectfully submits an accompanying Brief in Support of Motion to Dismiss, which is being filed contemporaneously with this Motion.

Respectfully submitted, this the 1st day of October, 2021.

**SIGMON KLEIN, PLLC**

By: /s/ Ben E. Klein
NC Bar No. 40993
Email: ben@sklawnc.com
By: /s/ Grant Sigmon
NC Bar No. 43205
Email: grant@sklawnc.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day he served a copy of the foregoing document on counsel of record by electronically filing same via the ECF System, which will send notice to all counsel of record as follows:

Akiva M. Cohen (email:  acohen@kusklaw.com)
Kamerman, Uncyk, Soniker & Klein PC
1700 Broadway, 16th Floor
New York, NY 10019-5977

T. Greg Doucette (email:  greg@tgdlaw.com)
The Law Offices of T. Greg Doucette, PLLC
311 E. Main St.
Durham, NC 27701-3717

This the 1st day of October, 2021.

                                          **SIGMON KLEIN, PLLC**

                                          By: /s/ Grant Sigmon
                                          NC Bar No. 43205
                                          Email: grant@sklawnc.com

                                          *Attorney for Defendant*