IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| DR. DEIRDRE LEANE,<br><br>　　　　　Plaintiff,<br>v.<br><br>WILLIAM RALPH CARTER, JR.,<br><br>　　　　　Defendant. | Civil Action No. 1:21 – CV – 00514 |

## DEFENDANT'S MOTION TO DISMISS

**NOW COMES** Defendant William R. Carter, Jr., by and through his undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves the Court to dismiss Plaintiff's Amended Verified Complaint for failure to state a claim upon which relief may be granted. Defendant respectfully submits an accompanying Brief in Support of Motion to Dismiss Plaintiff's Amended Verified Complaint, which is being filed contemporaneously with this Motion.

Respectfully submitted, this the 3rd day of November, 2021.

　　　　　　　　　　　　　　　　　　SIGMON KLEIN, PLLC

　　　　　　　　　　　　　　　　　　By: /s/ Ben E. Klein
　　　　　　　　　　　　　　　　　　NC Bar No. 40993
　　　　　　　　　　　　　　　　　　Email: ben@sklawnc.com
　　　　　　　　　　　　　　　　　　By: /s/ Grant Sigmon
　　　　　　　　　　　　　　　　　　NC Bar No. 43205
　　　　　　　　　　　　　　　　　　Email: grant@sklawnc.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this day he served a copy of the foregoing document on counsel of record by electronically filing same via the ECF System, which will send notice to all counsel of record as follows:

Akiva M. Cohen (email: acohen@kusklaw.com)
Kamerman, Uncyk, Soniker & Klein PC
1700 Broadway, 16th Floor
New York, NY 10019-5977

T. Greg Doucette (email: greg@tgdlaw.com)
The Law Offices of T. Greg Doucette, PLLC
311 E. Main St.
Durham, NC 27701-3717

This the 3rd day of November, 2021.

**SIGMON KLEIN, PLLC**

By: /s/ Grant Sigmon
NC Bar No. 43205
Email: grant@sklawnc.com

*Attorney for Defendant*