# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| | |
|---|---|
| Dr. DEIRDRE LEANE,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM RALPH "BILLY" CARTER, JR.,<br><br>    Defendant. | **Case No: 1:21-cv-00514**<br><br>**Consent Motion to Hold Conference Remotely** |

## CONSENT MOTION TO HOLD CONFERENCE REMOTELY

Plaintiff Deirdre Leane, by her counsel and with the consent of all parties, respectfully moves this Court under its discretion for an Order permitting the Initial Pretrial Conference on September 22, 2022, at 9:30 a.m to be held by remote videoconference or teleconference. Plaintiff's counsel's wife is scheduled for a surgical procedure three days prior to the hearing date, and Plaintiff respectfully requests this accommodation by the Court to allow Plaintiff's counsel to provide care and support to his wife and their young children at his home in New York State. Plaintiff has conferred with Defendant prior to filing this motion, and Defendant has given his consent.

-1-

For good cause shown, and by consent of all parties, Plaintiff respectfully requests that the Court grant her motion and that this Court order that the conference of September 22, 2022 be held remotely.

Date: September 6, 2022                                    Respectfully Submitted,

| KAMERMAN, UNCYK, SONIKER & KLEIN P.C. | THE LAW OFFICES OF T. GREG DOUCETTE PLLC |
|---|---|
| _/s/ Akiva M. Cohen_ | _/s/ T. Greg Doucette_ |
| Akiva M. Cohen | T. Greg Doucette |
| New York Bar No. 4328969 | North Carolina Bar No. 44351 |
| *Attorney for Defendants* | *Local Counsel* |
| 1700 Broadway | 311 E. Main Street |
| New York, New York 10019 | Durham, North Carolina 27701-3717 |
| (212) 400-4930 | Phone:(919) 998-6993 |
| acohen@kusklaw.com | Email: greg@tgdlaw.com |

### CERTIFICATE OF SERVICE

The undersigned has this date served the foregoing **CONSENT MOTION TO HOLD CONFERENCE REMOTELY** upon the Defendant as follows:

**To:** Ben E. Klein, Esq. & Grant Sigmon, Esq.
SIGMON KLEIN, PLLC
114 N. Elm Street, Suite 210
Greensboro, NC 27401
*Attorneys for Defendant*
**Service by:** CM/ECF pursuant to Fed. R. Civ. P. 5(b)(2)(E)

This the  6th  day of                    September                  , 2022.

THE LAW OFFICES OF T. GREG DOUCETTE PLLC

/s/ T. Greg Doucette
T. Greg Doucette
North Carolina Bar No. 44351
LOCAL COUNSEL
311 E. Main Street
Durham, North Carolina 27701-3717
Phone: (919) 998-6993
Email: greg@tgdlaw.com

-2-